IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEWAYNE MCLENDON,

      Appellant,

v.

      Case No.  5D22-1869
      LT Case No. 2012-CF-2346

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 24, 2023

3.800 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Dewayne Mclendon, Blountstown,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

EVANDER, EDWARDS and HARRIS, JJ., concur.